EIGHTH AVENUE GARAGE CORP., Appellant, v H.K.L. REALTY CORP. et al., Defendants, and LILA SCHEINER, Respondent.

Submitted April 27, 2009; decided June 11, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of FREDERICK FRANKLIN, Appellant, v ANN SCHWARTZ, as Records Access Officer of the New York County District Attorney's Office, Respondent.

Submitted April 27, 2009; decided June 11, 2009

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

Chief Judge LIPPMAN taking no part.

MAHENDER R. GORIGANTI, Appellant, v SYRACUSE ORTHOPEDIC SPECIALISTS, P.C., Respondent.

Submitted April 27, 2009; decided June 11, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.